IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 1 8 2025

OLOTIN ALFRED ALATAN
Petitioner/Pro-se litigant

VS

Nathan Ochsner, Clerk of Court

PNC BANK AND FANNIE MAE
Defendants

## CIVIL ACTION FOR CLAIMS

Civil action for claims in the conspiracy to unlawfully foreclose the primary residence of Olotin Alfred Alatan at # 5610 Avis Hill Ct., Fulshear, Texas 77441 in Fort Bend County in May of 2023 by PNC Bank and Fannie Mae and discrimination on the basis of color and national origin and Civil Rights Violations.

COMES NOW, Olotin Alfred Alatan, here in after 'Mr. Alatan/litigant ', Pro-se, file this cause of action for claims in the conspiracy to unlawfully foreclose the primary residence of Mr. Alatan at # 5610 Avis Hill Court, Fulshear, TX 77441 in Fort bend county in May of 2023 by PNC Bank and Fannie Mae after a Fort Bend County Judge ruled that that PNC cannot foreclose.

## PRO-SE

Olotin Alfred Alatan is a pro-se litigant and not a trained attorney by profession. As such, ask that this Honorable Court construe this instant litigation for claims under the liberal construction standard pursuant to haines V. Kerner,404 U.S.59,520-21 (1976).

## STATEMENT OF THE CASE

In June of 2022, Olotin Alfred Alatan, represented by counsel filed a law suit to recover damages and prevent his property , NO. 5610 Avis Hill Court, Fulshear, TX 77441. Alatan V. PNC Bank,C.A. NO.H-22-2569 (S.D.Tex.) from foreclosure. Thereafter, Olotin Alatan commenced serving his Federal prison sentence in October of 2022. Then, In May of 2023, PNC and Fannie Mae unlawfully foreclosed Olotin Alatan's residence and disregarding the ruling of County Judge in June of 2022.

-1-

As a result of the unlawful actioins of PNC bank and Fannie Mae in disobeying court and ruling, Mr. Alatan suffered the following losses :

(1)  Mr. Alatan's primary residence of 5,000 sq.ft.,5 1/2 bathrooms, 4 car garrage, game room and Media center was lost.

(2)  Mr. Alatn's furnitures were lost.

(3)  Mr. AlAtan's personal and family properties were lost.

(4)  Mr. Alatan's family coin collection was lost.

(5)  Mr. Alatan lost Gold jewelry and wrist watch collection.

(6)  Office equipment and office furniture were lost.

(7)  6 Commercial Grade Medical safe with alarm was lost

(8)  paintings, Portraits and family photos were lost.

(9) Medical equipments stored in garrage intended for export were lost.

(10) Documents including loan files and notes were lost.

(11) Mr. Alatan's businesses : The Colony Health Services, Inc., The Colony Financial Group, LLC, ALantino Resources,LLC were lost as a result of the foreclosure.

(12) Mr. Alatan lost income

SUB TOTAL :$45 million

1. In addition, compensation for unlawful action: $120,000,000.00

2. Compensation for discrimination on the basis of color and national origin : $150,000,000.00

3. Any other compensation this Honorable Court believe Mr. Alatan deserved to be paid.

4. PNC BANK AND FANNIE MAE to arrange for a rental house of similar size for Mr. Alatan and his family and fully furnished for 4 years pending when a new house is built.

5. Fix all negative reporting on Mr. Alatan's credit report.

6. $250,000,000.00 for Civil Rights Violations.

## PREJUDICE SUFFERED

1. Homelessness: As a result of the unlawful foreclosure, Mr. Alatan and his family was forced to be homeless.
2. Loss of Businesses : Mr. ALatan operates all of his businesses from home. As a result of the unlawful foreclosure, Mr. Alatan lost his businesses and income.
3. Loss of Personal Properties : Mr. Alatan and his family lost all their personal properties and belongings as a result of the unlawful foreclosure.
4. Mr. Alatan and his family suffered untold pain, discrimination on the basis of color and national origin. In addition; anxiety, emotional and financial pain and hardship, as a result of the foreclosure.
5. Loss of Businesses: Mr. Alatan not only lost his businesses, also his business properties as a result of the unlawful foreclosure.
6. Mr. Alatan and his family suffered Public Humiliation and Embarrament as a result of the unlawful foreclosure.
7. As a result of the unlawful foreclosure, Mr. Alatan's character was defamed.
8. Mr. Alatan depended on his credit rating for his business of loan origination and real estate sales. As a result of the unlawful forclosure, Mr. Alatan's credit rating was damaged and no one would do business with Mr. Alatan.

## CONCLUSION AND PLEADING

Based on the facts of this cause of this claims, Mr. Alatan prays this Honorable Court to grant his claims.

DATE: 02-12-2025

Yours Sincerely,

Olotin Alfred Alatan
SPC Beaumont Camp
P.O. BOX 26010
Beaumont, TX 77720-6010

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

HOUSTON DIVISION

OLOTIN ALFRED ALATAN
Pro-se Litigant

SPC BEAUMONT CAMP
Inmate #99813-479

VS.

P.O. BOX 26010

PNC BANK AND FANNIE MAE
Defendants

BEAUMONT,TX 77720-6010

CIVIL ACTION FOR CLAIMS IN THE CONSPIRACY TO UNLAWFULLY FORECLOSE
THE PRIMARY RESIDENCE OF OLOTIN ALFRED ALATAN AT NO :5610 AVIS HILL
COURT, FULSHEAR, TEXAS 77441 IN FORT BEND COUNTY IN MAY OF 2023 BY
PNC BANK AND FANNIE MAE AND DISCRIMINATION ON THE BASIS OF COLOR AND
NATIONAL ORIGIN AND CIVIL RIGHTS VIOLATIONS.
SEE ALATAN V. PNC BANK,C.A. NO:H-22-2569 (S.D. Tex.)

United States Courts
Southern District of Texas
FILED

FEB 18 2025

Nathan Ochsner, Clerk of Court

OLOTUN A. ALATAN
#: 99813 - 479
P.O. Box 26010
BEAUMONT, TX 77720-6010

United States Courts
Southern District of Texas
FILED

FEB 18 2025

Nathan Ochsner, Clerk of Court

CLERK OF COURT
UNITED STATES DIST COURT
SOUTHERN DISTRICT OF TEXAS
P.O. BOX 61010
HOUSTON, TX 77002-2600

